Elizabeth Johnston and Edward L. Cobb, as Conservator of the Estate of Elizabeth Johnston, an Incompetent Person, Plaintiffs-Appellants, v. Caroline S. Malm, et al., Defendants-Appellees.

Gen. No. 11,822. 

Second District.

June 17, 1964.

Rehearing denied August 7, 1964.

North and North, of Rockford, for appellants; Reno, Zahm, Folgate & Skolrood (Ralph S. Zahm and Robert J. Oliver, of counsel), and Brown, Connolly & Paddock, all of Rockford, for appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.